UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY L. SELLERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANET E NAPOLITANO, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00112-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Dkt. No. 8 |

　　　　The court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation Re: Application to Proceed in Forma Pauperis. The time for filing objections has passed and no objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff Jay L. Sellers' complaint is dismissed as frivolous under 28 U.S.C. § 1915. Plaintiff will be granted leave to amend his complaint **within 20 days** of the date below.

　　　　Plaintiff may wish to seek assistance with the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415) 782-8982 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA. 94102.

　　　　**IT IS SO ORDERED.**

Dated: March 29, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge